October 8, 2026

**VIA CM/ECF**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 17, Room 6312
Wilmington, Delaware 19801-3555

Re: *MPact Beverage Solutions, LLC et al v. BuzzBallz, LLC; Case No.: 1:25-cv-01219-JLH*

Dear Judge Hall:

Plaintiffs MPact Beverage Solutions, LLC ("MPact") and Stacked Wines, LLC ("Stacked") (collectively "Plaintiffs"), and Defendant BuzzBallz, LLC ("BuzzBallz") respectfully submit this joint letter and the accompanying proposed Scheduling Order pursuant to the Court's September 8, 2026 Oral Order (D.I. 24).

## I. Description of the Case

This action concerns U.S. Design Patent No. D1,080,384 (the "'384 Patent"), titled "Beverage Container," and the container configuration used for MPact's MAX High ABV Ready-To-Drink Cocktails. Stacked alleges that it developed the container design, licenses it to MPact and others, and itself makes and sells containers. Plaintiffs seek a declaration that the accused containers do not infringe the '384 Patent. They contend that the accused and claimed designs differ and that relevant prior art further distinguishes them. BuzzBallz disputes those contentions.

BuzzBallz asserts a counterclaim against MPact for direct infringement of the '384 patent. It alleges that MPact offers to sell and sells MAX products in containers embodying the claimed ornamental design and that the infringement is willful. BuzzBallz seeks compensatory damages, enhanced damages, injunctive relief, and other relief. MPact denies these claims, that BuzzBallz is entitled to damages, and asserts invalidity and additional defenses. The parties have demanded a jury on issues so triable.

The Court denied BuzzBallz's motion to dismiss the Amended Complaint and its alternative request for transfer on August 20, 2026. (D.I. 22.) BuzzBallz filed its answer and counterclaim on September 3, 2026, and MPact answered the counterclaim on September 24, 2026. (D.I. 23, 25.)

## II. Positions on the Proposed Scheduling Order

The parties have met and conferred and agree to the accompanying proposed Scheduling Order. There are no scheduling disputes requiring resolution by the Court. The parties note that they have proposed modifications to the Court's standard form scheduling order in Paragraphs 1, 7 (including footnote 1), 8, 11, 12, 16, and 23 of the Scheduling Order.

## III. Other Issues for the Rule 16 Conference

Plaintiffs intend to file a dispositive motion pursuant to Federal Rule of Civil Procedure 12(c) and intend to seek a stay of discovery pending the resolution of that motion.

Respectfully submitted,

DORSEY & WHITNEY (DELAWARE) LLP

*/s/ Alessandra Glorioso*
Alessandra Glorioso
(DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171 E-mail:
glorioso.alessandra@dorsey.com

Gregory S. Tamkin (admitted *pro hac vice*)
Andrea Ahn Wechter (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
E-mail: tamkin.greg@dorsey.com
E-mail: wechter.andrea@dorsey.com

Counsel for BuzzBallz, LLC

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Ronald P. Golden, III (No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
T: (302) 658-6395
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

Ehsun Forghany (admitted *pro hac vice*)
Amar Naik (admitted *pro hac vice*)
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
T: (415) 757-5500 Email:
ehsun.forghany@afslaw.com Email:
amar.naik@afslaw.com

Counsel for MPact Beverage Solutions, LLC and Stacked Wines, LLC