**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MPACT BEVERAGE SOLUTIONS, LLC and STACKED WINES, LLC,
*Plaintiffs-Counterclaim Defendants*,

v.

BUZZBALLZ, LLC,
*Defendant-Counterclaim Plaintiff*.

C.A. No. 1:25-1219-JLH

**DEMAND FOR JURY**

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiffs Mpact Beverage Solutions, LLC ("Mpact") and Stacked Wines, LLC ("Stacked" and collectively, "Plaintiffs") move this Court to enter judgment on the pleadings declaring that Plaintiffs do not infringe directly, contributorily, or by inducement, literally or under the doctrine of equivalents, any claim of U.S. Design Patent No. D1,080,384 (the "D'384 Patent") and dismiss BuzzBallz, LLC's ("BuzzBallz") Counterclaim in its entirety. A Proposed form of Order is attached hereto for the Court's execution.

Dated: October 12, 2026

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Ronald P. Golden, III (No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
T: (302) 658-6395
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

OF COUNSEL

Ehsun Forghany (*pro hac vice*)
Amar S. Naik (*pro hac vice*)
ARENTFOX SCHIFF LLP
44 Montgomery Street,
38th Floor
San Francisco, CA 94104
T: (415) 757-5500
ehsun.forghany@afslaw.com
amar.naik@afslaw.com

*Attorneys for Plaintiffs MPACT BEVERAGE SOLUTIONS, LLC and STACKED WINES, LLC*